# Court of Appeals
# of the State of Georgia

ATLANTA,____July 01, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1968.  DOUGLAS STANFORD v. CYNTHIA JO LONG STANFORD.**

On December 10, 2014, the trial court entered a family violence protective order against Douglas Stanford.  He thereafter filed several motions, including a motion for judgment notwithstanding the verdict, all of which the trial court denied on March 13, 2015.  On April 14, 2015, Stanford filed a notice of appeal to this Court.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).

Here, Stanford filed his notice of appeal 32 days after the entry of the trial court's order underlying his appeal.  Accordingly, we lack jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____07/01/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*